**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-4904**

───────────────

UNITED STATES OF AMERICA,

                             Plaintiff - Appellee,

       versus

RAFAEL ALEXANDER MCLEAN,

                             Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-00-47-BO)

───────────────

Submitted: June 21, 2001         Decided: June 27, 2001

───────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Mary Jude Darrow, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Following his conviction and sentence for unlawful possession of a weapon by a convicted felon, 18 U.S.C.A. § 922(g) (West 2000), Rafael A. McLean appeals from the district court's order denying his motion to suppress evidence of his possession of a firearm. He contends that the officer did not have reasonable suspicion to stop him, and therefore the discovery of the gun was in violation of the Fourth Amendment. We have reviewed the record on appeal and the parties' briefs and find no reversible error. See United States v. Sokolow, 490 U.S. 1, 9 (1989). Accordingly, we affirm the district court's order denying McLean's motion to suppress. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED